Commonwealth *v.* Zynn, Appellant.

Submitted June 9, 1975. *D. Benjamin VanSteenburgh, III,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellant; *Ronald J. Examitas* and *Timothy H. Knauer,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Mathus, Appellant, *v.* Superintendent of State Correctional Institution at Graterford, Pennsylvania.

Submitted March 24, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.